IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| STANFORD JONES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:24-cv-640-BL-SMD |
| ) | |
| ) | |
| FRANK BISIGNANO, ) | |
| Commissioner of Social Security, | |
| ) | |
| Defendant. ) | |

## **ORDER**

On December 23, 2025, the Magistrate Judge recommended that the court affirm the decision of the Commissioner of Social Security denying benefits to the Platiniff.  (Doc. 24).  Although the Magistrate Judge extended the time to January 13, 2026, for the Platiniff to file objections to the recommendation (Doc. 26), the court has received no objections from the Plaintiff.

After careful review of the file and upon consideration of the Recommendation of the Magistrate Judge, the court ADOPTS the recommendation of the Magistrate Judge to AFFIRM the Commissioner's decision (Doc. 24).  The court will enter a separate final judgment affirming the Commissioner's decision.

2

**DONE** and **ORDERED** on this the 23rd day of January, 2026.

_____
BILL LEWIS
UNITED STATES DISTRICT JUDGE